Steven M. Chabre, SBN 173271
The Law Office of Steven M. Chabre
1335 Park Avenue
Alameda, CA 94501
(510) 749-1440
(510) 749-4846 (fax)
Steve@Chabrelaw.com

Attorney for Plaintiff,
TERRI KILPATRICK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI KILPATRICK,<br><br>          Plaintiff,<br><br>     vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social<br>Security,<br><br>          Defendant. | ) Case No.:  22-cv-00255-KJM-KJN<br>)<br>) **STIPULATION AND ORDER OF**<br>) **SETTLEMENT OF ATTORNEY**<br>) **FEES AND COSTS PURSUANT TO**<br>) **THE EQUAL ACCESS TO**<br>) **JUSTICE ACT, 28 U.S.C. §2412(d)**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their

undersigned counsel, subject to the Court's approval, that Plaintiff be awarded

attorney fees under the Equal Access to Just as Act (EAJA), 28 U.S.C. §2412(d), in

the amount of TEN THOUSAND DOLLARS (10,000.00).  Defendant shall also

pay Plaintiff FOUR HUNDRED TWO DOLLARS ($402.00) to satisfy Plaintiff's claim for taxable costs.

Pursuant to assignment by Plaintiff, the fees and costs shall be made payable and delivered directly to Plaintiff's attorney.  The amount shall be paid to Plaintiff's counsel, if the Department of the Treasury determines that Plaintiff does not owe a federal debt.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and costs, and it does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees or costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406, subject to the offset provisions of the EAJA.

Respectfully submitted,

Dated:        07/24/23      By: /s/ Steven M.  Chabre
                           STEVEN M.  CHABRE
                           Attorney for Plaintiff


Dated:        07/24/23      By: /s/ Oscar Gonzalez de Llano
                           Oscar Gonzalez de Llano
                           Attorney for Defendant

# **ORDER**

In accordance with the parties' stipulation, plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of TEN THOUSAND DOLLARS ($10,000.00) and costs in the amount of FOUR HUNDERED TWO DOLLARS ($402.00) subject to the terms of the above-referenced Stipulation.

It is so ordered.

Dated:  July 25, 2023.

_____

CHIEF UNITED STATES DISTRICT JUDGE